[No. 42640-4-II. Division Two. June 19, 2013.]

*In the Matter of the Marriage of* VARONICA A. BUCHANAN, *Respondent*, and STEPHEN J. BUCHANAN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-3-01485-4, Rosanne Buckner, J., entered September 2, 2011. *Dismissed* by unpublished opinion per Bjorgen, J., concurred in by Johanson, A.C.J., and Hunt, J.

[No. 42922-5-II. Division Two. June 19, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. CRISTEN ALLEN WARREN, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 10-1-01208-4, Stephen M. Warning, J., entered November 23, 2011. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Penoyar and Bjorgen, JJ.

[No. 30629-1-III. Division Three. June 20, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JUAN C. JUAREZ, *Appellant*.

Appeal from a judgment of the Superior Court for Adams County, No. 11-1-00151-2, Richard W. Miller, J., entered February 9, 2012. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Korsmo, C.J., and Siddoway, J. Now published at 175 Wn. App. 718.

[No. 66858-7-I. Division One. June 24, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. PHONSAVANH PHONGMANIVAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-12331-2, Jim Rogers, J., entered March 8, 2011. *Affirmed* by unpublished opinion per Leach, C.J., concurred in by Grosse and Becker, JJ.